[Civil No. 973.   Filed March 23, 1907.]

[89 Pac. 512.]

THOMAS M. SMITH, Plaintiff and Appellant, v. IMPERIAL COPPER COMPANY, Defendant and Appellee.

APPEAL from a judgment of the District Court of the First Judicial District, in and for the County of Pima. John H. Campbell, Judge. Affirmed.

Decided upon authority of *Smith* v. *Imperial Copper Company, ante,* p. 193, 89 Pac. 510.

Josiah Ide, and William F. Cooper, for Appellant.

Ben Goodrich, for Appellee.

DOAN, J.—The same question controls this case as the one just decided between the same parties (*ante*, p. 193, 89 Pac. 510) ; and, for the reasons given in the foregoing opinion, the judgment in this case is affirmed.

KENT, C. J., and SLOAN and NAVE, JJ., concur.